THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL  t_stew_3@yahoo.com
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  CV 13-1763 EDL |
| Plaintiff, | STIPULATION SETTING ASIDE DEFAULT; ORDER |
| v. | |
| SOPHIA LIMNIOS, Trustee of the SOPHIA LIMNIOS TRUST, | |
| Defendant. | |

The Parties hereto, through their counsel, stipulate as follows:

The Default that was entered against Defendant on October 29, 2013 is set aside.

Defendant shall file a responsive pleading by November 22, 2013.

October 30, 2013                                                                October 30, 2013

S/Thomas N. Stewart, III                                                    S/Ronald Peck
Attorney for Plaintiff                                                             Attorney for Defendant

It is so Ordered:

Date: 11/4/13

_____
Magistrate Elizabeth D. Laporte

CV 13-1763 EDL                                              1